UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL BRECHER, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>CITIGROUP GLOBAL MARKETS, INC., et al.<br><br>        Defendants. | Case No.: 3:09-cv-1344 AJB (MDD)<br><br>**ORDER GRANTING MOTION TO FILE AMENDED DECLARATION**<br><br>**[Doc. No. 45]** |

This Court's Order of March 29, 2010, Doc. No. 44, struck the Hines Declaration in support of Defendants' motion because it attached a number of unredacted agreements containing personal information in violation of Fed. R. Civ. P. 5.2. Since the declaration was cited in that order, the Court ordered Defendants to refile the declaration in compliance with Fed. R. Civ. P. 5.2. Based upon the foregoing, the Defendants' motion to file an amended declaration is hereby GRANTED. Defendants' shall file the amended declaration on or before August 15, 2011 and the Clerk of Court is directed to link this declaration to indicate that it is the replacement for the stricken document, Doc. No. 14-3.

DATED: August 5, 2011

                                                                        Hon. Anthony J. Battaglia
                                                                        U.S. District Judge